# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHEILA TABB,

            Plaintiff,

-vs-

COMMISSIONER OF
SOCIAL SECURITY,

            Defendant.
_____/

CASE NO. 07-CV-14193

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

CHARLES E. BINDER
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
## (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;
## AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's August 21, 2008 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Doc. No. 17). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 17);

    (2)    **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 11); and

    (3)    **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 16).

**SO ORDERED.**

                                                        s/Paul D. Borman
                                                        PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: September 12, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 12, 2008.

                                              s/Denise Goodine
                                              Case Manager